1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for Defendant
5  DANTE BARBARIN

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,      )    2:12-CR-169-MCE
10                                )
           Plaintiff,             )    STIPULATION AND
11                                )    ORDER FOR TEMPORARY
   vs.                            )    RELEASE TO ATTEND
12                                )    MEMORIAL SERVICE
   DANTE BARBARIN,                )
13                                )
           Defendant.             )
14                                )
   _____)
15

        Defendant Dante Barbarin, by and through his counsel, Gilbert A. Roque, and Plaintiff United States of America, through Assistant United States Attorney Jason Hitt, hereby stipulate to the following:

        The parties agree to a temporary release of Mr. Barbarin on Friday, April 25th, 2014, from 10:00 a.m. to 8:00 p.m. to attend the memorial service of his maternal grandmother. Mr. Barbarin is currently in custody at the Sacramento County Jail awaiting resolution of the above case.

        Mr. Barbarin's grandmother, Mary Whitlock McCall, passed away on March 31, 2014. The memorial service is scheduled for April 25th, 2014, at the Elks Lodge, #559, 2850 Redwood Parkway, Vallejo, California, from 1:00 p.m. to 5:00 p.m.

The Government does not oppose this request so long as Mr. Barbarin is accompanied by an investigator during the entire period of his temporary release. Therefore, defense counsel has arranged for Investigator Victoria Corona to accompany Mr. Barbarin to the memorial service.

Ms. Corona will pick up Mr. Barbarin at the Sacramento County Main Jail, transport him to the memorial service and return him to the Sacramento County Main Jail immediately after the memorial service. Mr. Barbarin will remain in the custody of Ms. Corona the entire time of his release. Ms. Corona will keep strict control over Mr. Barbarin at all times.

For the above reasons. Defendant Dante Barbarin respectfully requests that the Court allow this temporary release.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 10, 2014        /s/ Gilbert A. Roque

GILBERT A. ROQUE
Attorney for Defendant
DANTE BARBARIN

Dated: April 10, 2014        /s/ Jason Hitt by Gilbert A. Roque

JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

**Dated: April 11, 2014**

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE