1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00169 MCE |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESCINDING TEMPORARY RELEASE TO ATTEND MEMORIAL SERVICE FOR DEFENDANT DANTE BARBARIN |
| v. | |
| DANTE BARBARIN, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Dante BARBARIN, by and through his counsel of record, Gilbert Roque, Esq., hereby stipulate that the Order granting a temporary release of defendant Dante BARBARIN on April 11, 2014, ECF No. 230, is hereby RESCINDED because the proposed release conditions could not be met due to the unavailability

of defense investigator proposed for attending the memorial service.

IT IS SO STIPULATED.

Dated:  April 24, 2014                                   BENJAMIN B. WAGNER
                                                         United States Attorney

                                                          /s/ Jason Hitt
                                                         JASON HITT
                                                         Assistant United States Attorney

Dated: April 24, 2014                                     /s/ Jason Hitt for Gilbert Roaque
                                                         Counsel for Defendant – authorized to sign by email

## ORDER

Based upon the stipulation of the parties, the Order granting a temporary release of defendant Dante BARBARIN on April 11, 2014, ECF No. 230, is hereby RESCINDED.

Dated:  April 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER                2